IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR-297 (RC) |
| v. | : | 18 U.S.C. § 1752(a)(1), |
| **TREVOR CAIN,** | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Trevor Cain, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      Trevor Cain is a 40-year old man from Aurora, Ohio.  Cain traveled to Washington, D.C. on January 6, 2021, to attend the rally of President Trump to register his dissent with the 2020 Presidential Election.  Cain traveled from Cleveland, Ohio overnight as part of a seven-bus caravan coordinated through an organization called Free Ohio Now.

9.      On January 6, 2021, Cain was wearing blue jeans and a beige jacket with bird markings and a shoulder patch with the number "76".  Cain also wore a black bandana with the word "Trump" across it and held a large 'Betsy Ross' style American flag with the number "76"

in the center of the circle of stars. "76" refers to 1776, the year that the United States adopted the Declaration of Independence during the American Revolution. *See* Image 1. Cain also carried a megaphone at various points.



*Image 1: Cain (circled yellow) by the Lincoln Memorial on January 6, 2021*

10. Sometime in the morning of January 6, 2021, Cain gave a speech at the Lincoln Memorial using his megaphone and holding his flag. Cain stated, among other things, "[O]bedience to God is resistance to tyrants. How'd it work out for Pharoah, huh? We're here to call out all these modern-day Pharoahs like Pelosi, like Biden. You guys are a bunch of chump Pharoahs . . . . We're here to tell you that . . . all of you are false idols. Every single one of you, Biden, Pelosi, AOC . . . We are here to call out the merchants of death. We are here to tell them, go back to where you came from, you scum."

11. At this point during Cain's speech, another individual nearby spat on the ground near Cain. After exchanging words, Cain walked towards the individual, saying, "Come on boy,

you wanna get tough?" Cain then hockey-checked the individual to the ground, and pushed him while he was on the ground. Another man kicked the downed individual. *See* Image 2.



*Image 2: Cain (circled) hockey-checked an individual who spat near him*

12. Moments later, Cain spoke with an individual filming the near Lincoln Memorial. The other individual celebrated Cain's assault, to which Cain responded in part, "That punk leftist psycho just spit on a patriot. Ain't happening. You ain't spitting on patriots anymore and getting away with it." Cain then continued with his speech to the crowd using his megaphone, stating in part, "Now, I gotta believe that when Jesus had that whip, and he drove those money-changers out of the temple, I think he got them with that whip a couple of times, what do you think? I'm telling ya, obedience to God is resistance to tyrants . . . Who wants to take the promised land today?

Remember that song, this land is my land, this land is your land. Anywhere in that song I don't think I heard it say this is the government's land. . . ."

13. At approximately 10:41 a.m., as Cain walked from the Lincoln Memorial towards the Washington Monument, he explained that he had "spirit of liberty rising up in me at the Lincoln Memorial, just had to let it rip," but that when a "leftist punk" spat on him, he "hockey-checked that little boy down to the ground."

14. Cain attended former President Trump's "Stop the Steal" speech near the Ellipse. During the speech, President Trump made repeated reference to Vice President Pence and called on the Vice President to "do the right thing" and return the certification of the 2020 Presidential election to the states. After the speech, Cain joined the crowd walking to the Capitol.

15. As he approached the Capitol, Cain knew that others had stormed the Capitol in order to stop the certification of the election. On one of the videos obtained from his phone, at approximately 1:58 p.m., Cain stated, "[M]illions of people, not accepting the stolen election or fraudulent election. We're here having our voices heard, people have already stormed the steps of the Capitol. Boom, coming your way, you swamp creatures." In another video from Cain's phone, at approximately 2:01 p.m., near the Peace Circle, Cain stated, "Patriots are storming the chambers right now, I guess. That's the breaking news right now. Crazy, it's just so awesome." Cain also repeated several times, "The safest place to be is in the eye of the storm." Cain further stated, "The foundations of this capitol were not laid with communist propaganda, but with 1776 as the cornerstone." Cain again acknowledged, "This is amazing. . . They're storming the Capitol right now, they're storming the stinking Capitol right now. Uncle Sam says there's plenty of room. There's plenty of room for patriots!" Cain asked another rioter, "Are they getting in the chamber, what's going on? They're getting in the chamber last I heard."

16. As he got closer to the Capitol, Cain heard and saw law enforcement deploy crowd control munitions against the crowd. Cain responded by shouting in the direction of the explosions, "Get out of here you commies, this is our country." Cain stated to himself, "Wow, they're doing flash bangs. This is unreal."

17. At approximately 2:16 p.m., Cain proceeded up the stairs to the Upper West Terrace, adjacent to the scaffolding erected for the upcoming inauguration.

18. Cain entered the U.S. Capitol Building through the Senate Wing Door at approximately 2:20 p.m. A still image from that footage is included below as Image 3, with Cain circled in red.



*Image 3: Cain (circled red) entered the Capitol Building through the Senate Wing Door at approximately 2:20 p.m.*

19. As he entered, Cain filmed the shattered glass in the Senate Wing Door, and an alarm was audible. Cain stated to himself, "we are inside the Capitol building dude . . . Patriots, unbelievable. . . .Our chamber, our House . . . ." *See* Image 4.



*Image 4: Cain (behind the camera) filmed the shattered Senate Wing Dor as he entered*

20.     Cain then proceeded to the Crypt.  As captured on a video from his phone at approximately 2:26 p.m., the mob in the Crypt began chanting loudly, "Stop the Steal!"  Cain stated in part, "This is so unprecedented, this is history in the making, this is history in the making. . . We took the House back. . . we took the Capitol. . . . This is our country.  This is our country.  This is our country!  It doesn't belong to Pelosi, Biden, Schumer, McConnell.  It belongs to us!"  Another rioter yelled loudly, "Mike Pence is a traitor!"  Cain left the Crypt and proceeded towards the Rotunda at approximately 2:31 p.m.  *See* Image 5.



*Image 5: Cain (circled red) proceeded with rioters near the Memorial Door up to the Rotunda*

21. As he joined the crowd from the Crypt going upstairs to the Rotunda, at approximately 2:32 p.m., Cain led the mob in chants and singing. Cain led the crowd in a call-and-response of "Who do they work for? Us!" and sang a portion of the *Battle Hymn of the Republic*.

22. Cain arrived in the Rotunda at approximately 2:34 p.m. In the Rotunda, Cain acknowledged on a video from his phone, "Yeah, we had to break a door and a window to get back in here. Hey, but it's our house so it's ok anyways."

23. At approximately 2:36 p.m., as captured on a video from his phone, Cain stated in part, "This is how history is made. Artisans, woodworkers, laborers, people of all stripes saying this is it. . . . This is what we fought for, 1776 . . . This is what 1776 was all about. . . This is our house . . . Welcome to history, ladies and gentlemen, January 6th, 2021, when we took our country back. When we said no more to the career politicians. No more to these commies. Not on my watch. Not on anybody's watch who's a patriot."

24. Cain also paused parading around the Rotunda to celebrate with other rioters. At approximately 2:40 p.m., Cain told another group of rioters, "Mark this day guys, January 6th,

2021, history was made, the people took the house back." Cain also again sang a portion of the *Battle Hymn of the Republic* with other rioters.

25. At approximately 2:44 p.m., Cain walked up to a group of individuals in military gear within the Rotunda and said, "Hey! Guess who's not trespassing." Cain continued, "that's actually a fact, that's not like some stupid leftist shit lie." Cain then stated to one member of the group, "The Senate's on this side, right? And the House is on that side?", and correctly pointed in each direction.

26. Immediately after that conversation, at approximately 2:45 p.m., Cain walked north towards the Senate. As he walked, Cain pointed in the direction of the Senate, and other rioters followed Cain towards the Senate. *See* Image 6.



*Image 6: Cain (circled red) pointed other rioters in the direction of the Senate*

27. North of the Rotunda is an additional small rotunda, a hallway outside the Old Senate Chamber, and then the Senate Chamber itself. Cain joined the growing group of rioters in the hallway outside the Old Senate Chamber. *See* Image 7. At this time, a line of police officers with the Metropolitan Police Department (MPD) was engaged in violent conflicts defending the hallway and the entrance to Senate Chamber. Cain was aware that these officers were attempting

to remove the rioters from the area. Specifically, as he left the area, Cain stated to another rioter "Back up, they're spraying," meaning that Cain was aware that law enforcement was deploying a chemical irritant in an attempt to disperse rioters.



*Image 7: Cain (circled red) near the Old Senate Chamber*

28. Cain proceeded back to the Rotunda and then entered the lobby near the Columbus Doors of the Capitol. Cain exited the Capitol through the Columbus Doors at approximately 2:51 p.m.

29. Shortly after exiting the Capitol, Cain participated in an interview on the East steps of the Capitol.

30. Cain described his experience at the Capitol to the interviewer, "History was in the air, man. History was in the air. And before you know it, we're storming like the . . . beaches of Normandy, the Capitol, take it back, because it's not some dumb phrase, this is our house."

31. The interviewer asked whether Cain supported people storming inside and cops fighting with people. Cain stated, "Absolutely because nobody's vandalizing anything, we're respecting our lineage, our heritage by the paintings and the sculptures. This is what the founders had in mind. When shit gets out of control and commies are trying to take your country over, this

is what you do.  Peacefully.  And yeah, there's a couple of windows broken to get in but sometimes you gotta get . . . break a window to get back into your own house."

32.     The interviewer then asked whether Cain thought the election would be overturned and President Joe Biden would not be inaugurated, Cain responded, "Well I sure hope to God man, because if it . . . it isn't, this is proof that we are living in two different realities right now.  The Facebook, Zoom fake reality of Joe Biden who lives in his basement.  They can have their fake inauguration, but we're going to have a real one with real patriots who have real courage to show up in person.  So I want to say to everybody out there, come on!  Have courage!  Be a patriot!  What your forefathers died for.  This is what it means – '76 [gesturing to flag]."

33.     The interviewer then asked Cain what would lead him to accept Joe Biden as President.  Cain responded, "It's a great question, man.  But if there's anybody who's illegitimate, it's the commie agent Joe Biden.  If there's anybody who you can say not my president, it's Joe Biden."

34.     The interviewer then asked Cain whether he thought former President Trump had good advisors given that election cases had been tossed out of court.  Cain responded, "There's definitely a crazy amount swirling.  But there's one thing that why we're all here is that we trust Trump as a man of the people.  And it's messy, and but that's what '76 was.  It was messy, boys and girls.  It was not cut and dry.  It was not, 'oh what the fake news wants you to think something should be like'.  So yeah, it's messy with Trump but he's for the people.  And so I don't know how this thing is going to shake out, but I know this is history.  Mark this day on your calendar, January 6, 2021."

*Elements of the Offenses*

35.  The parties agree that Entering or Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1) requires the following elements:

   a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

   b. Second, the defendant did so knowingly.

36.  The parties further agree that Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

   a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

   b. Second, the defendant acted willfully and knowingly.

*Defendant's Acknowledgments*

37.  The defendant knowingly and voluntarily admits to all the elements as set forth above.  First, the defendant admits that he entered and remained in a restricted building or grounds without lawful authority.  Specifically, the defendant admits that he entered and remained at the U.S. Capitol Building and its grounds, which on January 6, 2021, were restricted due to the presence of a Secret Service protectee, Vice President Mike Pence, for Congress' joint certification of the 2020 Presidential Election.  Defendant further admits that he had no lawful authority to enter or remain in the U.S. Capitol Building or its restricted grounds.  Second, defendant admits that he acted knowingly.  Specifically, defendant admits that he knew he was not supposed to be present in the Capitol Building or its restricted grounds.  Defendant further admits that he was aware that the grounds were restricted due to the presence of a Secret Service protectee, Vice President Mike

Pence.  Defendant also admits that he knew that he had no lawful authority to enter or remain on restricted Capitol Grounds.

38.     Further, defendant admits that he paraded, demonstrated, and picketed in the United States Capitol Building on January 6, 2021.  Defendant further admits that he did so knowingly, and that he knew his conduct was against the law.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: *[signature: Michael L. Barclay]*

MICHAEL L. BARCLAY
Assistant United States Attorney
New York Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669

## DEFENDANT'S ACKNOWLEDGMENT

I, Trevor Cain, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/28/2024

Trevor Cain
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/28/24

Nicholas D. Smith
Attorney for Defendant