# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TREVOR CAIN,<br><br>Defendant. | )<br>)<br>) Case No. 1:23-cr-297-RC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO CONTINUE SENTENCING HEARING

A sentencing hearing in this matter is scheduled for January 17, 2025. Trevor Cain, by counsel, moves the Court to continue that date for the following reason. Cain's counsel made a scheduling mistake. Counsel has a trial starting on January 13, 2025 in *United States v. Brian Castro, et al.*, 21-cr-572-EK (E.D.N.Y.), 6/11/24 Minute Order. Trial will almost certainly last longer than a week. Counsel apologizes to the Court for not realizing this when the current sentencing date in this matter was set. Accordingly, Cain moves the Court to continue the sentencing hearing to January 31, 2025 at 11:00 a.m. The government does not oppose this motion.

Dated: December 5, 2024                Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Trevor Cain*

1

**Certificate of Service**

I hereby certify that on the 5th day of December, 2024, I filed the foregoing motion with the Clerk of Court using the CM/ECF system which will not notify counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com